# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# FOURTH DIVISION

ERIC MITCHELL, on behalf of himself
and all others similarly situated,

       Plaintiff,

v.

FRANKLIN BANK, S.S.B.,

       Defendant.

Civil Action No. 05cv1320 PAM/RLE

**ORDER
RE: STIPULATION EXTENDING
PLAINTIFF'S TIME TO FILE
AND SERVE HIS REPLY
MEMORANDUM IN SUPPORT
OF MOTION FOR CLASS
CERTIFICATION**

Pursuant to the parties Stipulation, Plaintiff Eric Mitchell shall file and serve his reply memorandum in support of motion for class certification no later than July 21, 2006.

IT IS SO ORDERED:

Dated: July __17__, 2006            s/Paul A. Magnuson
                                                    Paul A. Magnuson, Judge
                                                    United States District Court