# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# FOURTH DIVISION

ERIC MITCHELL, on behalf of himself
and all others similarly situated,

                                                               Civil Action No. 05cv1320 PAM/RLE

        Plaintiff,

v.                                                   **ORDER**

FRANKLIN BANK, S.S.B.,

        Defendant.

Pursuant to the parties Stipulation, this action is hereby dismissed with prejudice, each side to bear their own costs and fees.

IT IS SO ORDERED:

Dated: September __7__, 2007        s/Paul A. Magnuson
                                              PAUL A. MAGNUSON
                                              United States District Court Judge